# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151835(99)

MICHAEL WENNERS, DAVID CROSS, and
SALLY CROSS,
          Plaintiffs-Appellants,

v

MATTHEW D. CHISOLM and AMY C.
CHISOLM, a/k/a AMY C. VOGEL,
          Defendants-Appellees,

and

CLAUDIA M. WEBB and MARY J. POIRER,
          Defendants.
_____/

SC: 151835
COA: 314938
Washtenaw CC: 12-001197-CH

      On order of the Chief Justice, the alternative request in the motion of defendants-appellees for a fourteen-day extension to file their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 10, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 4, 2015



Clerk